JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Sherwood DeJoie

**DEFENDANTS**
Bayview Loan Servicing, LLC

(b) County of Residence of First Listed Plaintiff: Lehigh
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Miami Dade County, FL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Richard J. Orloski, Esquire 610-433-2363
111 North Cedar Crest Blvd, Allentown, PA 18104

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1981, 15 U.S.C. 1681a, 15 U.S.C. 1692g

Brief description of cause:
Equal Rights Under the Law, Fair Credit Reporting Act, Validation of Debts

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: DeJoie v. Bayview
JUDGE Jeffrey Schmehl DOCKET NUMBER 15-2390

DATE May 3, 2016

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 8894 Pathfinder Road, Breinigsville, PA 18031

Address of Defendant: 4425 Ponce de Leon Blvd., 5th FL, Coral Gables, FL 33146

Place of Accident, Incident or Transaction: ____________________

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☐

Does this case involve multidistrict litigation possibilities? Yes☐ No☒

*RELATED CASE, IF ANY:*

Case Number: ____________ Judge ____________ Date Terminated: ____________

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes☒ No☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes☒ No☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes☐ No☒
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) Fair Credit Reporting Act

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) ____________

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, Richard J. Orloski, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: ____________ ____________ Attorney-at-Law 09857 Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.** EXCEPT AS NOTED HEREIN — 15-2380

DATE: May 3, 2016 [signature] Attorney-at-Law 09857 Attorney I.D.#

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Sherwood DeJoie : CIVIL ACTION

v. :

Bayview Loan Servicing, LLC. : NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| May 3, 2016 | [signature] | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** Plaintiff |
| (610) 433-2363 | (610) 433-4785 | orloski.law@gmail.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERWOOD DEJOIE,** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| | : | |
| **vs.** | : | **NO.** |
| | : | |
| **BAYVIEW LOAN SERVICING, LLC,** | : | **JURY TRIAL DEMANDED** |
| **Defendants** | : | |

## COMPLAINT

## PARTIES

1. Plaintiff, Sherwood DeJoie, is an adult individual residing at 8894 Pathfinder Road, Breinigsville, Lehigh County, Pennsylvania 18031.

2. Defendant, Bayview Loan Servicing, LLC is a limited liability company with offices located at 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, Florida 33146.

## JURISDICTION AND VENUE

3. This Honorable Court has jurisdiction over this matter pursuant to 42 U.S.C. 1981 *et seq.*. at Count I, and over Count II pursuant to the Fair Credit Reporting Act.

## FACTS

4. On April 30, 2015, Sherwood DeJoie ("Mr. DeJoie" or "Plaintiff") filed an action against Defendant under the Fair Credit Reporting Act. See ***DeJoie v. Bayview***, No. 15-2390, United States District Court for the Eastern District of Pennsylvania.

5. On December 17, 2015, the parties entered into a confidential Settlement Agreement (the "Agreement") which discontinued the litigation.

6. One of the terms of the Settlement Agreement was that there was no "amount past due".

7. As of January 12, 2016, consistent with the Settlement Agreement, Plaintiff's credit report accurately reflected that the past due amount balance was $0. See Exhibit A, Credit Report as of January 12, 2016.

8. In the March 30, 2016 credit report, Plaintiff's credit report was reverted back to the prior inaccurate amount past due balance of $8,472.00 and the incorrect monthly payment of $2,069.00. See Exhibit B, Credit Report as of March 30, 2016.

9. The Defendant erroneously reported two past due amounts on Plaintiff's mortgage which was inaccurate and corrected in the first action.

10. On December 31, 2015, Plaintiff entered into a purchase contract with HomeSnipe Real Estate, LLC for a property located at 1513 Liberator Avenue, Allentown, Pennsylvania 181003, for a purchase price of $50,000.00.

11. Mr. DeJoie's Agreement was rescinded after the real estate company checked his credit, and saw the false, incorrect information regarding an alleged $8,472.00 "amount past due" on his mortgage.

12. As a result, Plaintiff lost the opportunity to purchase the realty and lost the benefit of the bargain.

**COUNT I**
**PURSUANT TO 42 U.S.C. 1981**

13. The preceding paragraphs 1 through 12 are incorporated herein by reference as though fully set forth herein at length.

14. During all times material and relevant, Plaintiff was a member of a protected class based on his race and color, namely, an African American of Haitian descent.

15. During all times material and relevant, Defendant discriminated against Plaintiff in the terms of conditions of the parties' Agreement, based on the Plaintiff's race and color, in the following ways:

a) Intentionally reporting a false claim there was a "past due" balance on the Plaintiff's mortgage; and

b) Intentionally reporting that there was an amount past due on the Plaintiff's mortgage.

16. Defendant engaged in these misrepresentations even though it had fixed the error regarding his credit because of his race.

17. Defendant intentionally decided to change Plaintiff's mortgage information back to the prior information which was incorrectly reported.

18. Defendant's conduct in so doing was wanton, willful, malicious and reckless, justifying an award for punitive damages, and claim is made therefore.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment in his favor and against Defendant, with a grant of compensatory damages, punitive damages, and such relief as this Court deems just and necessary.

## COUNT II
## FAIR CREDIT REPORTING ACT VIOLATION

19. The preceding paragraphs 1 through 18 are incorporated herein by reference as though fully set forth herein at length.

20. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. §1681a.

21. The Plaintiff received a loan modification from Wells Fargo in January of 2013, reducing the interest rate to 2% and reducing the monthly payment substantially.

22. In August of 2013, the mortgage was transferred to Defendant.

23. At all relevant times, Plaintiff made full, correct and timely payments to Defendant, Bayview, on the mortgage, as modified, but Defendant raised the interest rate to 3.125% and reported to consumer reporting agencies that Plaintiff was delinquent because he was not paying the amount required prior to modification.

24. Plaintiff orally, and in writing, advised the error, but Defendant never corrected the error.

25. Plaintiff has disputed the accuracy of the derogatory information reported by the Defendant to the Consumer Reporting Agency on multiple occasions.

26. Defendant has not responded to Plaintiff's letter correcting the error to Plaintiff nor the Consumer Reporting Agency.

27. Defendant has not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. §1681s-2 which requires this notice.

28. Defendant has failed to comply with 15 U.S.C. §1692g in that it has not within 5 days of Plaintiff's initial communication (nor at any other time) sent Plaintiff written documentation of the amount of the debt, the name of the original creditor nor the other information required by the Fair Credit Reporting Act.

29. Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30 day period as required by 15 U.S.C. §1681s-2.

30. Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the 5 days required by 15 U.S.C.

31. Plaintiff's credit has been damaged.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment in his favor and against Defendant, with a grant of compensatory damages, punitive damages, and such relief as this Court deems just and necessary.

**COUNT III**
**BREACH OF SETTLEMENT AGREEMENT**

32. The preceding paragraphs 1 through 31 are incorporated herein by reference as though fully set forth herein at length.

33. During all times material and relevant hereto, the parties had entered into a contract for the resolution of the then-pending litigation.

34. During all times material and relevant hereto, Defendant breached its obligation under the parties' Agreement.

35. Due to Defendant's breach, Plaintiff has suffered the harms and damages alleged hereinabove, including the loss of opportunity for further credit.

36. Defendant's actions were wanton, willful, intentional and reckless, thus warranting an award of punitive damages, and claim is made therefore.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment in his favor and against Defendant, with a grant of compensatory damages, punitive damages, and such relief as this Court deems just and necessary.

THE ORLOSKI LAW FIRM

Richard J. Orloski
Attorney for Plaintiff
Attorney ID No. 09857
111 N. Cedar Crest Blvd.
Allentown, PA 18104
610-433-2363

BAIKOW LEGAL

__________________________
Nikolaus Baikow
Attorney for Plaintiff
Attorney ID No. 316445
122 N. 5th Street
Allentown, PA 18102
484-553-0192

# EXHIBIT A



**EQUIFAX**

## CREDIT FILE : January 12, 2016

**Confirmation # 601203596**

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348

(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Sherwood Dejoie
Social Security #: XXX-XX-6207 Date of Birth: September 14, 1979
Current Address: 8894 Pathfinder Rd, Breinigsville, PA 18031 (610) 530-1821 Reported: 01/2016
Previous Address(es): 820 Ward St Apt 8, Allentown, PA 18103 Reported: 11/2015
111 N Cedar Crest Blvd, Allentown, PA 18104 Reported: 11/2015
3630 Clauss Dr, Macungie, PA 18062 (610) 967-4636 Reported: 04/2014
207 Goepp St Apt 2f, Bethlehem, PA 18018 Reported: 04/2014

**ALERT(s): Extended Fraud Alert**
**File Blocked For Promotional Purposes**

Contact Information: Expiration Date: 02/11/2021 ; Date Reported: 02/08/2014 ;

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Receivables Management Systems; Collection Reported 11/2015; Assigned 10/2014; Creditor Class - Medical/Health Care; Client - Patient First; Amount - $163 ; Status as of 11/2015 - Unpaid; Date of 1st Delinquency 05/2014; Balance as of 11/2015 - $234 ; Individual Account; Account # - R800PAT0018974550; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; **Address:** 7206 Hull Street Rd Ste 21 Richmond VA 23235-5827 : (804) 353-9300

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| **Account History Status Code Descriptions** | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

( Continued On Next Page )

**Bayview Loan Servicing** *4425 Ponce De Leon Blv Coral Gables FL 33146-1837 : (800) 457-5105*

1/12/16

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 628000092* | 12/01/2007 | $280,881 | | 28 Years | Monthly | 28 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/2015 | $260,494 | $0 | 10/2015 | $2,069 | $1,776 | | 07/2015 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/15 | No Data Available | | | | | | | | |
| 11/15 | $260,494 | $2,069 | $2,069 | 10/1/2015 | $280,881 | | $0 | Conventional Re Mortgage | |

**Citizens Bank** *1 Citizens Dr Riverside RI 02915-3019 : (770) 454-4434*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 6636404711PA0* | 08/01/2009 | $5,100 | | | Monthly | 12 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2015 | $0 | | 09/2010 | | | | 09/2010 | | | | | | 09/2010 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Student Loan;

**FED Loan Servicing** *PO Box 60610 Harrisburg PA 17106-0610 : (800) 699-2908*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 9053520350FD0* | 01/12/2010 | $3,500 | | | Deferred | 56 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2015 | $5,034 | $0 | | | | | 12/2015 | | | 04/2016 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan - Payment Deferred; ;

| **Account History with Status Codes** | 05/2011 |
|---|---|
| | 2 |

**FED Loan Servicing** *PO Box 60610 Harrisburg PA 17106-0610 : (800) 699-2908*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 9053520350FD0* | 08/11/2009 | $7,400 | | | Deferred | 56 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2015 | $10,967 | $0 | | | | | 12/2015 | | | 04/2016 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan - Payment Deferred; ;

| **Account History with Status Codes** | 05/2011 |
|---|---|
| | 2 |

( Continued On Next Page )

# EXHIBIT B

EQUIFAX

## CREDIT FILE : March 30, 2016

Confirmation # 609005031?

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348

(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Sherwood Dejoie
Social Security #: XXX-XX-6207 Date of Birth: September 14, 1979
Current Address: 8894 Pathfinder Rd, Breinigsville, PA 18031 (610) 530-1821 Reported: 03/2016
Previous Address(es): 820 Ward St Apt 8, Allentown, PA 18103 Reported: 03/2016
111 N Cedar Crest Blvd, Allentown, PA 18104 Reported: 03/2016
3630 Clauss Dr, Macungie, PA 18062 (610) 967-4636 Reported: 04/2014
207 Goepp St Apt 2f, Bethlehem, PA 18018 Reported: 04/2014

**ALERT(s): Extended Fraud Alert**
**File Blocked For Promotional Purposes**

Contact Information: Expiration Date: 02/11/2021 ; Date Reported: 02/08/2014 ;

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Receivables Management Systems; Collection Reported 11/2015; Assigned 10/2014; Creditor Class - Medical/Health Care; Client - Patient First; Amount - $163 ; Status as of 11/2015 - Unpaid; Date of 1st Delinquency 05/2014; Balance as of 11/2015 - $234 ; Individual Account; Account # - R800PAT0018974550; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; **Address:** 7206 Hull Street Rd Ste 21 Richmond VA 23235-5827 : (804) 353-9300

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| Account History Status Code Descriptions | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

( Continued On Next Page )



6090050317MBD-002194057- 420 - 3022 - ADD

3/30/15

**Bayview Loan Servicing** *4425 Ponce De Leon Blv Coral Gables FL 33146-1837 : (800) 457-5105*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 628000092* | 12/01/2007 | $280,881 | | 28 Years | Monthly | 28 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2016 | $259,456 | $8,472 | 01/2016 | $2,069 | $2,069 | 11/2015 | | | | | | | |

Status - 90 - 119 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - ; Real Estate Mortgage; Conventional Mortgage;

**Account History with Status Codes** 11/2015 3

**Citizens Bank** *1 Citizens Dr Riverside RI 02915-3019 : (770) 454-4434*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 6636404711PA0* | 08/01/2009 | $5,100 | | | Monthly | 12 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2015 | $0 | | 09/2010 | | | | 09/2010 | | | | | | 09/2010 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Student Loan;

**FED Loan Servicing** *PO Box 60610 Harrisburg PA 17106-0610 : (800) 699-2908*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 9053520350FD0* | 01/12/2010 | $3,500 | | | Deferred | 58 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/29/2016 | $5,034 | $0 | | | | | 02/2016 | | | 04/2016 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan - Payment Deferred;

**Account History with Status Codes** 05/2011 2

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/16 | No Data Available | | | | | | | | |
| 01/16 | $5,034 | | | | $3,500 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

( Continued On Next Page )



6090050317MBD-002194057- 420 - 3022 - ASD