IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERWOOD DEJOIE | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 16-cv-02164-JLS |
| BAYVIEW LOAN SERVICING, LLC, et al | : | |
| Defendants. | : | |

## O R D E R

**AND NOW, TO WIT:** this 31st day of March, 2017, it having been reported that the issues between **PLAINTIFF** and **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is **ORDERED** that the above action is **DISMISSED** with prejudice, as to **EXPERIAN INFORMATION SOLUTIONS, INC.**, pursuant to agreement of counsel.

BY THE COURT:


 s/Richard A. Lloret
RICHARD A. LLORET
UNITED STATES MAGISTRATE JUDGE